**IT IS SO ORDERED.**

Dated: July 01, 2010
     04:15:14 PM

*Kay Woods*
**Kay Woods**
**United States Bankruptcy Judge**

BK1004564
KF

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT YOUNGSTOWN

| | |
|---|---|
| IN RE: | Case No. 10-41097 |
| Susan Marie Landphair | Chapter 7<br>Judge Woods |
| Debtor | |
| | **ORDER GRANTING MOTION OF US BANK, NATIONAL ASSOCIATION FOR RELIEF FROM STAY AND ABANDONMENT**<br>**2315 OHIO AVENUE, ASHTABULA, OH 44004** |

    This matter came before the Court on the Motion for Relief from Stay and Abandonment (the "Motion") filed by US Bank, National Association ("Movant"). (Docket **12**). Movant has alleged that good cause for granting the Motion exists, and that Debtor(s), counsel for the Debtor(s), the Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise

appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property located at 2315 Ohio Avenue Ashtabula, OH 44004.

###

SUBMITTED BY:

/s/ Joel K Jensen
Joel K Jensen, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0029302
Romi T. Fox, Attorney
Bar Registration No. 0037174
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3349
(513) 354-6464 fax
nohbk@lsrlaw.com

Copies to:

C Andrew Bodor, Esq. - Attorney for Debtor
8256 East Market Street
#115
Warren, OH 44484
cbodor1@earthlink.net
VIA ELECTRONIC SERVICE

Joel K Jensen, Esq. - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
nohbk@lsrlaw.com
VIA ELECTRONIC SERVICE

Susan Marie Landphair - Debtor
787 E. Main #A
Geneva, OH 44041
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

Andrew W. Suhar - Trustee
29 East Front Street, 2nd Floor
P.O. Box 1497
Youngstown, OH 44501-1497
trustee@suharlaw.com
VIA ELECTRONIC SERVICE